

Edward Y. Kroub – Partner
200 Vesey Street, 24th Floor
New York, NY 10281
P: (212) 595-6200 | F: (212) 595-9700
Ekroub@mizrahikroub.com
www.mizrahikroub.com

March 10, 2022

The Honorable Gabriel W. Gorenstein
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

**MEMORANDUM ENDORSED**

Re:   *Ortega v. Dykes Lumber Company, Inc.*; 1:21-cv-10064-ALC-GWG

Dear Judge Gorenstein:

We represent plaintiff Juan Ortega ("Plaintiff") in the above-referenced action. We submit this letter requesting an adjournment of the initial conference set for March 11, 2022, at 10:30 a.m. until March 24, 2022 at 10:30 a.m. (a date and time provided by the Court's Deputy Clerk). Plaintiff's counsel will be out of the office on March 11 and will not be able to participate in the conference on that date. This is Plaintiff's first request to adjourn and Defendant consents to this request.

Thank you for your consideration in this matter.

Respectfully submitted,

*/s/ Edward Y. Kroub*
EDWARD Y. KROUB

cc:   All Counsel of Record (via ECF)

Conference adjourned to March 24, 2022 at 10:30 a.m.  Submission is due March 22, 2022.

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge
March 10, 2022